UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| THOMAS H. TRIPPE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1477 RWS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This is an action under 42 U.S.C. § 405(g) for judicial review of the final decision of Jo Anne B. Barnhart, the Commissioner of Social Security ("Commissioner"), denying Thomas H. Trippe disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-403. Trippe has filed a brief in support of his complaint; the Commissioner has filed a brief in support of her answer.

This matter was referred to United States Magistrate Judge Thomas Mummert for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Blanton's Report and Recommendation recommends that the decision of the Commissioner be affirmed and that this case be dismissed.

I agree with Judge Mummert's recommendation. Therefore, I adopt the Report and Recommendation of Judge Mummert.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED** and that this case is **DISMISSED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2006.